To: Abel Acosta
Clerk of the Court of Criminal Appeals

Re: Jason Ray Bouchard
CCA # PD-0014-15
Trial Court Case # 1374815

FILED IN
COURT OF CRIMINAL APPEALS

MAR 23 2015

Abel Acosta, Clerk

Dear Mr. Acosta,

Thank you for your prompt reply about my inquiring of both my filed extension and PDR. No response to this letter is necessary. I simply await the ruling on my PDR, but your efforts should not go unappreciated nor without thanks.

Sincerely,

Jason Ray Bouchard

Telford Unit - TDC# 01852819
3899 State Hwy 98
New Boston, TX. 75570

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 23 2015

Abel Acosta, Clerk

185-2819

Jason Ray Bouchard
TDCJ# 01852819
Telford Unit
3899 State Hwy 98
New Boston, TX 75570

SHREVEPORT LA 711

28 MAR 2015 PM 4 L

LEGAL
MAIL

Court of Criminal Appeals

201 West 14th St. Room 106

Austin, TX 78701

78701-1614